UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER　　　　　　　　　　　　　　　21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

LEROY GORDON, (AND WIFE CLARICE DIXON),　　　　　　08CV2324(AKH)

　　　　　　　　　　　　　　　　Plaintiff(s),　　　**NOTICE OF APPEARANCE**

　　　　　　-against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

　　　　　　　　　　　　　　　　Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:　New York, New York
　　　　April 24, 2008

　　　　　　　　　　　　　　　　　　　　　Yours etc.,

　　　　　　　　　　　　　　　　　　　　　HARRIS BEACH PLLC
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　**CENTURY 21, INC., BLUE**
　　　　　　　　　　　　　　　　　　　　　**MILLENNIUM REALTY LLC**


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Stanley Goos, Esq. (SG-7062)
　　　　　　　　　　　　　　　　　　　　　100 Wall Street
　　　　　　　　　　　　　　　　　　　　　New York, NY  10005
　　　　　　　　　　　　　　　　　　　　　212 687-0100
　　　　　　　　　　　　　　　　　　　　　212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)