Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
B.R. FRIES & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

LEROY GORDON (AND WIFE, CLARICE DIXON),                          Docket No.: 08-CV-2324

                                            Plaintiff(s),

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

    -against-

**ELECTRONICALLY FILED**

80 LAFAYETTE ASSOCIATES, LLC, *et al.*,

                                        Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, B.R. FRIES & ASSOCIATES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the Defendant, B.R. FRIES & ASSOCIATES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 13, 2008

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
B.R. FRIES & ASSOCIATES, INC.

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel

2